UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Grizzly Auto Transports, *et al.*,

    Plaintiffs,

v.                                                                Case No. 08-11832

Tran Tech, Inc.,                                         Honorable Sean F. Cox

    Defendant.
_____/

## ORDER GRANTING
## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## COUNTER-STATEMENT OF DISPUTED FACTS

This matter is currently before the Court on Plaintiffs' Motion for Leave to File Counter-Statement of Disputed Facts in Opposition to Motion for Summary Judgment. (Docket Entry No. 63). In that motion, Plaintiffs seek leave to file a counter-statement of disputed facts, attached to the motion as Exhibit A.

Having considered the motion, and Defendant's opposition to that motion, the Court hereby by GRANTS the motion and ORDERS as follows:

1)     The Court shall consider and accept Plaintiffs' late filed counter-statement of disputed facts, attached to Plaintiffs' motion as Exhibit A. Plaintiff shall not file any additional exhibits or briefs with respect to the pending motion.

2)     Defendants may file a new reply brief in support of their Motion for Summary Judgment on or before October 2, 2009.

3)     The motion hearing currently scheduled for October 1, 2009, shall be adjourned to **November 5, 2009 at 3:00 p.m.**

4)     The final pretrial conference scheduled for November 3, 2009 shall be adjourned

without date.

IT IS SO ORDERED.

S/Sean F. Cox<br>Sean F. Cox<br>United States District Judge

Dated: September 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2009, by electronic and/or ordinary mail.

S/Jennifer Hernandez<br>Case Manager